May Term, 1840.

BURGE
v.
DISHMAN.

---

BURGE *v.* DISHMAN.

A suit on a promissory note cannot be defeated by showing a cotemporaneous verbal agreement, varying the terms of the note.
Evidence of accord and satisfaction is admissible, in assumpsit, under the general issue.

Wednesday, May 27.

APPEAL from the *Greene* Circuit Court.

DEWEY, J. — *Dishman* sued *Burge* and *Fox* before a justice of the peace. The cause of action was a promissory note for a sum of money payable at a particular time. The process was returned "not found" as to *Fox*. *Burge* filed two special pleas before the justice in substance alike. They allege that *Burge* executed the note with *Fox* as his surety; that, at the time of making the note, it was agreed by *Dishman*, *Fox*, and *Burge*, that *Fox*, within a week, should give *Dishman* another note with surety for the same debt, and that *Dishman*, upon his doing so, should give up the note secured by *Burge*; that this agreement was the condition on which *Burge* signed the note; that *Fox* did give *Dishman* another note with security, but that the latter refused to

give up the note signed by *Fox* and *Burge*. The defendant was also entitled to the general issue. There was no answer to the special pleas. The case was appealed. In the Circuit Court, *Burge* offered to prove, by parol, an agreement corresponding substantially with that set forth in the pleas, but the Court rejected the testimony, and rendered final judgment for *Dishman*.

The rejection of the parol evidence forms the only point in the case, and on that point we agree with the Circuit Court.

By the defence set up, *Burge* attempted to vary the terms of the note by a cotemporaneous verbal agreement. The parol condition that the note should be given up on the giving another note with surety, was entirely inconsistent with the written promise made by *Fox* and *Burge* to pay a sum of money on a given day. Such a defence is clearly not allowable. *Hoare et al.* v. *Graham et al.*, 3 Camp. 57. *Odam* v. *Beard*, 1 Blackf. 191, and note. Had *Burge* offered evidence that a second note had been accepted by *Dishman* in discharge of the first, it would have been admissible to prove accord and satisfaction, under the general issue; but that defence would have derived no strength from the parol contract made at the time of giving the first note.

*Per Curiam.*— The judgment is affirmed, with 1 *per cent.* damages and costs.

*C. P. Hester* and *R. W. Thompson*, for the appellant.
*A. Kinney* and *S. B. Gookins*, for the appellee.